NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUAWEI TECHNOLOGIES CO., LTD.,**
*Appellant*

**v.**

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2022-1553

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01141.

---

**JUDGMENT**

---

ROBERT COURTNEY, Fish & Richardson PC, Minneapolis, MN, argued for appellant.  Also represented by MICHAEL TIMOTHY HAWKINS, NICHOLAS STEPHENS; DAVID M. BARKAN, Redwood City, CA.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor. Also represented by PETER J. AYERS, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, MICHAEL TYLER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and REYNA, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>May 4, 2023</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |